

# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN R. GARMAN, as Trustee of the UNION TROWEL TRADES BENEFIT FUNDS OF CENTRAL PENNSYLVANIA; and BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL NO. 5 JOINT APPRENTICESHIP AND TRAINING TRUST FUND; JOHN J. FLYNN, as Trustee of the BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; and INTERNATIONAL MASONRY INSTITUTE; ANGELO SABBATINI, as Trustee of the BRICKLAYERS LOCAL 30 ANNUITY FUND; MARIO SAVINELLI, as Trustee of the BRICKLAYERS & STONEMASONS LOCAL 18 ANNUITY FUND; GLENN R. GARMAN, as Trustee ad Litem of INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 5, PENNSYLVANIA, <br>     Plaintiffs <br>   v. <br> LEE CUSTOM MASONRY, INC., <br>     Defendant <br> and <br> FIRST UNION NATIONAL BANK, <br>     Garnishee | CIVIL ACTION NO. 1:CV-01-0093 (CALDWELL) <br><br><br><br><br><br> FILED <br> SCRANTON <br><br> MAR 1 8 2002 <br><br> PER _____ <br> DEPUTY CLERK |

## PRAECIPE FOR WRIT OF EXECUTION

TO:   Clerk, United States District Court
       Middle District of Pennsylvania

Issue a Writ of Execution in the above matter,

    a.    Directed to APS International;

    b.    Against Lee Custom Masonry, Inc., Defendant, and First Union National Bank, Garnishee; and

    c.    Index this Writ against Lee Custom Masonry, Inc., Defendant, and First Union National Bank, Garnishee.

| | |
|---|---|
| Amount due | $31,409.65 |
| Costs: filing and service | <u>239.00</u> |
| | $31,648.65 |

JOHNSTON & DIAMOND, P.C.
Suite 100, 150 Corporate Center Dr.
Post Office Box 98
Camp Hill, Pennsylvania 17001-0098
(717) 975-5500

By: _____
CHARLES W. JOHNSTON
Pa. Reg. No. 15621

Attorneys for Plaintiffs

Dated:    March 14, 2002

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN R. GARMAN, as Trustee of the UNION TROWEL TRADES BENEFIT FUNDS OF CENTRAL PENNSYLVANIA; and BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL NO. 5 JOINT APPRENTICESHIP AND TRAINING TRUST FUND; JOHN J. FLYNN, as Trustee of the BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; and INTERNATIONAL MASONRY INSTITUTE; ANGELO SABBATINI, as Trustee of the BRICKLAYERS LOCAL 30 ANNUITY FUND; MARIO SAVINELLI, as Trustee of the BRICKLAYERS & STONEMASONS LOCAL 18 ANNUITY FUND; GLENN R. GARMAN, as Trustee ad Litem of INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 5, PENNSYLVANIA,<br>      Plaintiffs<br>  v.<br>LEE CUSTOM MASONRY, INC.,<br>      Defendant<br>  and<br>FIRST UNION NATIONAL BANK,<br>      Garnishee | CIVIL ACTION NO. 1:CV-01-0093 (CALDWELL) |

## **WRIT OF EXECUTION**

To:    APS International

To satisfy the judgment, interest and costs against Lee Custom Masonry, Inc., Defendant:

1. You are directed to attach the property of the Defendants in the possession of First Union National Bank, Garnishee, including but not limited to all accounts (checking or savings), debts or amounts due, owing and payable to Defendants and to notify the Garnishee that:

    a. An attachment has been issued; and

    b. the Garnishee is enjoined from paying any debt to or for the accounts of the Defendants and from delivering any property of the Defendants or disposing thereof.

    c. If property of the Defendants subject to attachment is found in the possession of anyone other than a named Garnishee, you are directed to notify him that he has been added as a Garnishee and is enjoined as above stated.

| | |
|---|---|
| Amount due | $31,409.65 |
| Costs: filing and service | 239.00 |
| | $31,648.65 |

MARY E. D'ANDREA, CLERK

By _____
Deputy Clerk

Dated: 3/19/02